ELIZABETH M. HENNESSEY, Respondent, *v.* WILLIAM J. HENNESSEY, Appellant.

(Argued April 15, 1929; decided April 30, 1929.)

*Francis E. Carberry* for appellant.

*Edward E. Fay* for respondent.

Order affirmed, with costs. First question certified answered " yes." Second question answered " no; " no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.